## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSEPH YANNONE,

           Petitioner

           v.

THE TOWN OF BLOOMSBURG CODE
APPEAL BOARD AND THE TOWN OF
BLOOMSBURG,

           Respondents

: No. 677 MAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 21st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.